IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

```
JAMES ALEXIS CHAVEZ,            )
                                )
        Petitioner,             )
                                )    1:20-cv-872
    v.                          )    1:14-cr-225-1
                                )
UNITED STATES OF AMERICA,       )
                                )
        Respondent.             )
```

## ORDER

On September 19, 2022, the United States Magistrate Judge's Recommendation was filed and notice was served on the parties pursuant to 28 U.S.C. § 636. (Docs. 52, 53.) No objections were filed within the time limits prescribed by Section 636.

Therefore, the court need not make a de novo review and the Magistrate Judge's Recommendation is hereby adopted.

**IT IS THEREFORE ORDERED** that the Magistrate Judge's Recommendation, (Doc. 52), is **ADOPTED. IT IS FURTHER ORDERED** that Petitioner's Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255, (Doc. 46), is **DENIED,** and that this action is hereby, **DISMISSED**. The court further finds there is no substantial showing of the denial of a constitutional right affecting the conviction nor a debatable procedural ruling, therefore a certificate of appealability is not issued.

A Judgment is entered contemporaneously herewith.

This the 16th day of March, 2023.

```
                               _____
                                   United States District Judge
```

- 2 -

Case 1:14-cr-00225-WO   Document 54   Filed 03/16/23   Page 2 of 2